■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY ROBINSON, Appellant.—Judgment, Supreme Court, New York County (Paul Bookson, J.), rendered on April 9, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Ross, Carro, Milonas and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ENRIQUE SANTIAGO, Appellant.—Judgment, Supreme Court, Bronx County (Rena Uviller, J.), rendered on June 12, 1984, unanimously affirmed.